IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **NEBRASKA BEEF, LTD.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | 8:03CV174 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **UNITED STATES DEPARTMENT OF AGRICULTURE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court *sua sponte*.

**IT IS ORDERED:**

The mandate of the United States Court of Appeals for the Eighth Circuit having been filed in the companion case of *Nebraska Beef, Ltd. v. Greening*, 8:03CV175, the parties shall have to **on or before May 13, 2005**, to file a status report detailing the current posture of this matter and a proposal for the further progression of this case.

DATED this 29th day of April, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge