IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NEBRASKA BEEF, LTD., | ) | |
| Plaintiff, | ) | 8:03cv174 |
| v. | ) | |
| UNITED STATES DEPARTMENT OF AGRICULTURE, | ) | ORDER |
| Defendant. | ) | |

The Clerk's Office has requested that Document Number 49 be stricken from the record for the following reason(s):

- Duplicate document of number 48.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 49 from the record.

DATED this 14th day of June, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge