# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **NEBRASKA BEEF, LTD.,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:03CV174 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **UNITED STATES DEPARTMENT OF AGRICULTURE,** | ) ) ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court after a telephone conference with counsel for the parties on June 13, 2005. The parties informed the court a petition for certiorari was filed on May 31, 2005, in the related matter of **Nebraska Beef, Ltd. v. Greening et al.**, 8:03CV175. Accordingly, the stay previously imposed in this case (Filing No. 47) is continued until further order of the court. Upon consideration,

**IT IS ORDERED:**

The plaintiff shall **on or before September 1, 2005**, file a joint status report detailing the current posture of this matter.

DATED this 14th day of June, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge