# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **NEBRASKA BEEF, LTD.,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:03CV174 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **UNITED STATES DEPARTMENT OF AGRICULTURE,** | ) ) ) | |
| | ) | |
| Defendant. | ) | |

The court has reviewed the status report (Filing No. 54) and finds the stay previously imposed should be continued until further order of the court. Upon consideration,

**IT IS ORDERED:**

1. The stay previously imposed in this case (Filing No. 53) is continued until further order of the court.

2. The parties shall **on or before December 16, 2005**, file a joint status report detailing the current posture of this matter.

DATED this 2nd day of September, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge