# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **NEBRASKA BEEF, LTD.,** | ) | |
| | ) | |
| Plaintiffs, | ) | 8:03CV174 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **UNITED STATES DEPARTMENT OF AGRICULTURE,** | ) ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the parties Joint Status Report (Filing No. 68). The case had been stayed pending resolution of a writ for certiorari before the United States Supreme Court. Such matter has been resolved, and the matter is now ready to progress. Accordingly, the stay is lifted and the parties shall **on or before November 27, 2006**, meet, confer and report to the court in accordance with Federal Rule of Civil Procedure 26(f) planning requirements.

**IT IS SO ORDERED.**

DATED this 25th day of October, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge