## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **NEBRASKA BEEF, LTD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:03CV174** |
| v. | ) | |
| | ) | **ORDER** |
| **UNITED STATES DEPARTMENT OF AGRICULTURE,** | ) ) | |
| | ) | |
| **Defendant.** | ) | |

Following a telephone conference on November 8, 2007, with the parties,

**IT IS ORDERED that:**

1.  The defendant has to **on or before January 15, 2007**, in which to file a motion to dismiss.

2.  Discovery in this matter is stayed pending a resolution of a motion to dismiss.

DATED this 8th day of December, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge