IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **NEBRASKA BEEF, LTD,** | ) |
| Plaintiff, | ) ) |
| vs. | ) 8:03CV174 ) |
| **UNITED STATES DEPARTMENT OF AGRICULTURE,** | ) ORDER ) ) |
| Defendant. | ) ) |

This matter is before the court *sua sponte*. Following Chief Judge Joseph F. Bataillon's Memorandum and Order dated August 15, 2007 (Filing No. 90),

**IT IS ORDERED:**

A **telephone** planning conference with the undersigned magistrate judge is scheduled for **August 24, 2007, at 2:00 p.m. Central Daylight Time** for the purpose of reviewing the preparation of the case to date and the scheduling of the case to trial. Plaintiff's counsel shall initiate the telephone conference.

DATED this 16th day of August, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge