# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **NEBRASKA BEEF, LTD.,** | ) |
| | )   8:03CV174 |
| Plaintiff, | ) |
| vs. | )   ORDER |
| **UNITED STATES DEPARTMENT OF AGRICULTURE,** | ) |
| Defendant. | ) |

This matter is before the court following a telephone planning conference with counsel on August 24, 2007. William L. Lamson, Jr., represented the plaintiff and Paul A. Dean represented the defendant. After a discussion with counsel, the following progression is ordered.

**IT IS ORDERED:**

1. **On or before October 1, 2007**, the defendant shall file the administrative records with regard to the Due Process claims and the Ultra Vires claims. The administrative records shall be filed in an electronically searchable format unless good cause is shown that such format is not feasible.

2. Any motion for a protective order or motion to restrict discovery following the filing of the administrative records as set forth above, shall be filed **on or before October 1, 2007**. Any response to such motion shall be filed **on or before October 11, 2007**.

3. Counsel for the parties shall participate a telephone planning conference with the undersigned magistrate judge **at 10:00 a.m. Central Standard Time on October 12, 2007**, for the purpose of scheduling this matter to disposition. Plaintiff's counsel shall initiate the telephone conference.

DATED this 24th day of August, 2007.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge