IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **NEBRASKA BEEF, LTD.,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**UNITED STATES DEPARTMENT OF** )<br>**AGRICULTURE,** )<br>**Defendants.** ) | **8:03CV174**<br><br>**ORDER** |

This matter is before the court on Defendant's Unopposed Motion For Extension Of Time To File Motion For Protective Order And Administrative Records [Filing No. 93]. Upon consideration,

**IT IS ORDERED:**

1. The Defendant's Unopposed Motion For Extension Of Time To File Motion For Protective Order And Administrative Records [Filing No. 93] is granted.

1. **On or before October 15, 2007**, the defendant shall file the administrative records with regard to the Due Process claims and the Ultra Vires claims. The administrative records shall be filed in an electronically searchable format unless good cause is shown that such format is not feasible.

2. Any motion for a protective order or motion to restrict discovery following the filing of the administrative records as set forth above, shall be filed **on or before October 15, 2007**. Any response to such motion shall be filed **on or before October 25, 2007**.

3. Counsel for the parties shall participate a telephone planning conference with the undersigned magistrate judge **at 10:00 a.m. (Central Standard Time) on October 31, 2007,** for the purpose of scheduling this matter for disposition. Plaintiff's counsel shall initiate the telephone conference.

DATED this 28th day of September, 2007.

                                                                    BY THE COURT:
                                                                    s/ Thomas D. Thalken
                                                                    United States Magistrate Judge