# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **NEBRASKA BEEF, LTD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:03CV174** |
| **vs.** | ) | |
| | ) | **ORDER** |
| **UNITED STATES DEPARTMENT** | ) | |
| **OF AGRICULTURE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court following a telephone conference with counsel for the parties on October 31, 2007.

**IT IS ORDERED:**

Within **ten (10) calendar days** after the court's ruling on the defendant's motion for a protective order regarding discovery (Filing No. 124), the plaintiff shall initiate a **telephone** conference with the undersigned magistrate judge in order to schedule this matter to trial.

DATED this 1st day of November, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge