IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NEBRASKA BEEF, LTD., ) | |
| ) | CIVIL 8:03CV174 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES DEPARTMENT ) | |
| OF AGRICULTURE, ) | |
| ) | |
| Defendant. ) | |

**ORDER OF DISMISSAL**

The Joint Stipulation for Dismissal, Filing No. 144, having come before the Court, it is hereby

ORDERED that plaintiff's case is hereby dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1) and the parties shall bear their own fees, costs, and expenses.

DATED this 16th day of May, 2008.

BY THE COURT:

s/ Joseph F. Bataillon
Chief Judge Joseph F. Bataillon